JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DARRYL LYNCH,

       Petitioner,

       v.

D. BAUGHMAN, Warden,

       Respondent.

NO. CV 18-3020-DOC (AGR)

ORDER ACCEPTING FINDINGS
AND RECOMMENDATION OF
MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge and the Objections.  Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that  Petitioner's motion for stay of federal proceedings to exhaust claims in state court is granted under the following terms and conditions:

  (1) Petitioner shall notify this Court within 30 days of receiving a ruling from the Superior Court and shall attach a copy of the ruling;

1    (2) Petitioner thereafter shall file a status report every 90 days until

2  completion of exhaustion proceedings in state court and attach a copy of the

3  respective ruling; and

4    (3) The stay may be lifted if Petitioner does not comply with these

5  conditions.

6

7  DATED: ___September 16, 2019___          _David O. Carter_____

8                                          DAVID O. CARTER
                                           United States District Judge